

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

RECEIVED
US MARSHALS E/...
2019 JUN 28 PM 3:30

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SHMAURE D. WOODS a/k/a Zach<br>2012 PHILADELPHIA DRIVE<br>DAYTON, OH 45406<br>DOB: 11/23/1992<br>SSN: 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 | ) ) ) ) ) | Case No.  6:19-CR-33-CHB |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   SHMAURE D. WOODS
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21/846 - Conspiracy to Distribute Controlled Substances - 1 count

Date:   06/27/2019

*Issuing officer's signature*

City and state:   LONDON, KY

ROBERT R. CARR, CLERK US DISTRICT COURT
*Printed name and title*

by RBB, D.C.

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*