# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHMAURE D. WOODS,

    Defendant.

Case No. 3:19-MJ-447
Eastern District of Kentucky
Case No. 6:19-cr-33-CHB

Magistrate Judge Michael J. Newman

## TRANSFER ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5 (c)(3) and 40.  Defendant was arrested in this District upon a warrant for arrest issued in the United States District Court for the Eastern District of Kentucky, Case Number 3:19-MJ-447, charging Defendant with a conspiracy to distribute controlled substances.  Defendant appeared in open court on August 7, 2019; was advised of his rights; and appointed counsel.  On the advice of his counsel, Defendant waived his right to an Identity Hearing in this District and admitted to be the individual identified in the warrant.  The Court finds the waiver knowing, intelligent, and voluntary.

    **IT IS THEREFORE ORDERED** that the Defendant be detained by the U.S. Marshal and removed to the United States District Court for the Eastern District of Kentucky, where the charges are pending against him.

    **TO THE UNITED STATES MARSHAL:** You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a certified copy of this commitment order forthwith to the District of offense as specified above and there deliver the

Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 and 40 having been completed.

August 7, 2019                                                                 _s/Michael J. Newman_____
                                                                                                  Michael J. Newman
                                                                                                  United States Magistrate Judge